400 A.2d 617

Heffner v. Heffner, Appellant.

Petition for Allowance of Appeal Denied April 3, 1979.

Argued December 4, 1978. Raymond J. DeRaymond, for appellant; Aaron M. Matte, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.